IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AEGIS SECURITY INSURANCE COMPANY,** | : | **Civil No. 1:20-CV-0169** |
| **Plaintiff,** | : | |
| v. | : | |
| **VERTICON, INC. et al.,** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

In accordance with the accompanying memorandum, it is hereby **ORDERED** that Plaintiff Aegis Security Insurance Company's motion to remand for lack of subject matter jurisdiction (Doc. 13) is **DENIED.**

**SO ORDERED.**

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: July 8, 2020